**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-23450-RAR**

**NINA MIKALACKI BJELOVIC**,

Plaintiff,

v.

**U.S. CITIZEN AND IMMIGRATION SERVICES**, *et al.*,

Defendants.
_______________________________________/

**ORDER DISMISSING CASE WITHOUT PREJUDICE**

**THIS CAUSE** comes before the Court upon *sua sponte* review of the record. Plaintiff filed this case on May 15, 2026, [ECF No. 1]. On June 25, 2026, the Court entered an Order to Perfect Service, [ECF No. 6], requiring Plaintiff to perfect service upon Defendants or show good cause as to why this action should not be dismissed for failure to perfect service of process on or before August 13, 2026. The Order to Perfect Service warned Plaintiff that "[f]ailure to file proofs of service or show good cause by **August 13, 2026**, [would] result in a dismissal of this action without further notice." [ECF No. 6] at 1.

Rule 4(m) provides that "[i]f a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." FED. R. CIV. P. 4(m). Further, under Rule 41(b), a district court may *sua sponte* dismiss a plaintiff's action for failure to comply with the rules or any order of the court, or for failure to prosecute. *See Owens v. Pinellas Cnty. Sheriff's Dep't*, 331 F. App'x 654, 656 (11th Cir. 2009); *Taylor v. Spaziano*, 251 F. App'x 616, 619–21 (11th Cir. 2007). "[A] court also has the inherent ability to dismiss a claim

in light of its authority to enforce its orders and provide for the efficient disposition of litigation." *Zocaras v. Castro*, 465 F.3d 479, 483 (11th Cir. 2006).

To date, there is no indication in the record that Plaintiff has perfected service upon Defendants nor otherwise complied with the Court's Order. Plaintiff has not sought an extension of time to do so and has not advised that a dismissal will result in a statute of limitations bar to re-filing. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** ***without prejudice***. The Clerk of Court is instructed to **CLOSE** the case, and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Miami, Florida, this 14th day of August, 2026.

**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**